In the Matter of the Application of HARRY B. CHAPMAN, Respondent, for the Removal of JEFFREY P. THOMAS, Appellant, as Committee of NANCY C. WARNER, an Incompetent Person.

*Matter of Chapman,* 72 App. Div. 629, affirmed.
(Argued October 8, 1902; decided October 28, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, made May 7, 1902, which affirmed an order of Special Term in a proceeding for the removal of the committee of an incompetent person.

*Charles Irving Oliver* for appellant.

*Arthur L. Andrews* and *Buel C. Andrews* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.